IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Sheila Anderson a/k/a Sheila Neal a/k/a Sheila Anderson-Neal,<br>    Debtor. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>16-11410/ELF |
| Nationstar Mortgage LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for Nationstar Home Equity Loan Trust 2007-B,<br>    Movant,<br>v.<br>Sheila Anderson a/k/a Sheila Neal a/k/a Sheila Anderson-Neal,<br>    Debtor,<br><br>William C. Miller, Trustee,<br>    Additional Respondent. | |

## CERTIFICATION OF DEFAULT

Kevin S. Frankel, Esquire, Attorney for Movant, certifies that Debtor has defaulted upon the terms of this Court's Stipulation and Order dated October 12, 2016. It is further certified that the attached notice, marked as Exhibit "A," was served upon the Debtor and Debtor's Attorney on November 2, 2017. The Debtor has failed to cure the default as set forth in the Notice. The Debtor has failed to make the following payments:

Regular payments of $723.30 from September 1, 2017 through November 1, 2017  $2,169.90;
Attorney Fees associated with this default                                                              $250.00
Less Debtor's Suspense                                                                                          $(133.01)
**TOTAL DEFAULT**                                                                                              $2,286.89

Accordingly, pursuant to the Stipulation and Order, Movant respectfully requests this Court to enter the attached Order granting Movant relief from the automatic stay.

Respectfully submitted,

Dated: November 20, 2017

BY: /s/ Kevin S. Frankel
Kevin S. Frankel, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610)278-6800/ fax (847) 954-4809
PA BAR ID #318323
pabk@logs.com

S&D File #:16-052619