IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Sheila Anderson a/k/a Sheila Neal a/k/a Sheila Anderson-Neal,<br>      Debtor. | CHAPTER 13 |
| Nationstar Mortgage LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for Nationstar Home Equity Loan Trust 2007-B,<br>      Movant,<br>v.<br>Sheila Anderson a/k/a Sheila Neal a/k/a Sheila Anderson-Neal,<br>      Debtor,<br>William C. Miller, Trustee,<br>   Additional Respondent. | BANKRUPTCY CASE NUMBER 16-11410/ELF<br><br>11 U.S.C. § 362 |

**O R D E R**

AND NOW, this __28th__ day of __November__, 2017, after notice to all required parties and certification of default under the terms of this Court's Order of October 12, 2016 it is

**ORDERED** that the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with, or to resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's or Marshal's Sale of 5113 Brown Street, Philadelphia, PA 19139; and to take action, by suit or otherwise as permitted by law, in its own name or the names of its assignee, to obtain possession of said premises; and it is

FURTHER **ORDERED** that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**